ORIGINAL

1 | Theodore K. Stream, State Bar No. 138160
Jamie Wrage, State Bar No. 188982
2 | Emma D. Enriquez, State Bar No. 225059
**GRESHAM SAVAGE NOLAN & TILDEN,**
3 | **A Professional Corporation**
3750 University Avenue, Suite 250
4 | Riverside, CA 92501-3335
Ted.Stream@greshamsavage.com
5 | Jamie.Wrage@greshamsavage.com
Emma.Enriquez@greshamsavage.com
6 | Telephone: (951) 684-2171
Facsimile: (951) 684-2150
7 |

8 | Robert P. Taylor, State Bar #46046
**MINTZ, LEVIN, COHN, FERRIS,**
9 | **GLOVSKY AND POPEO, PC**
1400 Page Mill Road
10 | Palo Alto, CA 94304
rptaylor@mintz.com
11 | Telephone: (650) 251-7740
Facsimile: (650) 400-6995
12 |

13 | Attorneys for Plaintiff Psycho Monkey, LLC

14 | UNITED STATES DISTRICT COURT

15 | NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

16 | PSYCHO MONKEY, LLC,  CV 09  CASE NO.  0638

17 |                   )
         Plaintiff,    )  **COMPLAINT FOR DAMAGES**
18 |                   )  **AND INJUNCTIVE RELIEF**
                       )  **BASED ON:**
19 | v.                )
                       )  1.  **COPYRIGHT**
20 | YOU PLUS, INC., a Delaware  )      **INFRINGEMENT [17 U.S.C. §§**
    Corporation, and DOES 1-10, inclusive,  )  **101 et. seq.]**
21 |                   )  2.  **FEDERAL UNFAIR**
                       )      **COMPETITION/FALSE**
22 |    Defendants.    )      **DESIGNATION OF ORIGIN**
                       )      **[15 U.S.C. §§ 1125(a) et. seq.]**
23 |                   )  3.  **CALIFORNIA UNFAIR**
                       )      **COMPETITION**
24 |                   )      **[CALIFORNIA BUSINESS**
                       )      **AND PROFESSIONS CODE §§**
25 |                   )      **17200 et. seq.]**
                       )
26 |                   )
                       )  **JURY TRIAL DEMANDED**
27 | _____ )

28 |

- 1 -

COMPLAINT FOR COPYRIGHT INFRINGEMENT, FEDERAL UNFAIR COMPETITION
AND CALIFORNIA UNFAIR COMPETITION

GRESHAM SAVAGE
NOLAN & TILDEN,
A PROFESSIONAL CORPORATION
3750 University Ave., Ste. 250
Riverside, CA 92501-3335
(951) 684-2171

M862-004 -- 348686.1

## I.

## NATURE OF ACTION

1.    Psycho Monkey, LLC ("Psycho Monkey") creates and manages interactive games for online social networks.  Psycho Monkey owns the intellectual rights to the unique game, "Mob Wars", which is operated on the social network "Facebook".  Defendants have cloned "Mob Wars" and dubbed its game "Mobsters".  Defendants have illegally posted "Mobsters" on "Myspace" and other social networks.  "Mobsters" is wrongfully diverting customers and revenue from Psycho Monkey.

## II.

## JURISDICTION AND VENUE

2.    This Court has subject matter jurisdiction over the claims relating to the Copyright Act (17 U.S.C. §§ 101, 501) and the Lanham Act (15 U.S.C. §§ 1125 et. seq.) pursuant to 28 U.S.C. § 1331 (federal subject matter jurisdiction) and 28 U.S.C. §1338(a) (any act of Congress relating to copyrights, patents and trademarks).  This Court has subject matter jurisdiction over the related state law claims under 28 U.S.C. § 1367 (action asserting a state claim of unfair competition joined with a substantial and related federal claim under the patent, copyright or trademark laws).

3.    This Court has personal jurisdiction over Defendants because Defendants are doing business in California and have wrongfully diverted business from Psycho Monkey by posting "Mobsters" and charging fees for game usage in California.

4.    Venue is proper in this judicial district under 28 U.S.C. § 1391(b) and (c) because a substantial part of the events giving rise the claim occurred in this District, Defendants' principal place of business is in this District, and harm to Psycho Monkey has occurred in this District.  This action is properly assigned to

- 2 -

GRESHAM SAVAGE
NOLAN & TILDEN,
A PROFESSIONAL CORPORATION
3750 University Ave., Ste. 250
Riverside, CA 92501-3335
(951) 684-2171

MB52-004 – 348686.1

COMPLAINT FOR COPYRIGHT INFRINGEMENT, FEDERAL UNFAIR COMPETITION
AND CALIFORNIA UNFAIR COMPETITION

1 the San Francisco Division of this judicial district pursuant to Local Rules 3-2 (c)

2 and (d) because this is an intellectual property action arising in San Francisco

3 County.

## III.

## PARTIES

6     5.     Psycho Monkey is, and was at all times relevant herein, a limited

7 liability company in good standing, organized under the laws of the State of

8 California, and having its principal place of business in the State of California,

9 County of San Francisco.

10     6.     Defendant You Plus, Inc. ("You Plus") is, and was at all times

11 relevant herein, a Delaware corporation, having its registered place of business in

12 Mountain View, County of Santa Clara. You Plus is Psycho Monkey's direct

13 competitor.

14     7.     Psycho Monkey is unaware of the true names and capacities, whether

15 individual, corporate or otherwise, of Defendants Does 1 through 10, inclusive, and

16 therefore sues these Defendants by such fictitious names. Psycho Monkey will

17 seek leave to amend this complaint when the status and identity of these

18 Defendants are ascertained. The Doe Defendants include persons and entities

19 assisting or acting in concert with the other Defendants in connection with the acts

20 complained herein. All further references in this Complaint to "Defendant" or

21 "Defendants" expressly include each fictitiously named Defendant.

22     8.     Psycho Monkey is informed and believes and thereon alleges that at

23 all times herein mentioned and material hereto, some or all of said Defendants

24 were the officers, directors, principals, agents, servants, employees and/or

25 authorized representatives of some or each and every other Defendant, and each of

26 them; and that, in doing the actions herein alleged or in not doing those acts herein

27

28

- 3 -

GRESHAM SAVAGE
NOLAN & TILDEN,
A PROFESSIONAL CORPORATION
3750 University Ave., Ste. 250
Riverside, CA 92501-3335
(951) 684-2171

M862-004 -- 348686.1

COMPLAINT FOR COPYRIGHT INFRINGEMENT, FEDERAL UNFAIR COMPETITION
AND CALIFORNIA UNFAIR COMPETITION

1    alleged not to have been performed by omission, said Defendants were acting
2    within the course and scope of such agency and/or authority.

3                                      **IV.**

4                         **GENERAL ALLEGATIONS**

5        9.    "Mob Wars", an interactive online game, was created in or about
6    December 2007.

7        10.    Mob Wars is played on the social networking website
8    www.facebook.com ("Facebook"). Players assume the role of a mobster and
9    interact with other players on Facebook using that persona. The goal of the game
10   is to build a reputation as a mobster within the Facebook community by carrying
11   out various tasks. A player's status depends on the number of points the player has
12   accumulated.

13       11.    Players are awarded points based on the number of connections each
14   player has within the Facebook community. A player's ability to carry out
15   assigned tasks and move on to the next level in the game depends on the number of
16   connections.

17       12.    Points are also awarded to players that agree to "click" on links for
18   outside advertisers and participate in certain activities therein. These links
19   generate revenue for Psycho Monkey.

20       13.    Players may also purchase points directly from Psycho Monkey.

21       14.    On July 9, 2008, Psycho Monkey registered its work, "Mob Wars",
22   with the United States Copyright Office. A true and correct copy of Certificate of
23   Registration, TX 6-851-076, is attached hereto as Exhibit "1" and is incorporated
24   by reference. The registered work includes the source code and screen shot for
25   each command term referenced in paragraph 15 below.

26       15.    "Mob Wars" has eleven distinct command terms. Players must use
27   these terms in order to advance through the game. Players are ranked according to

28                                      - 4 -

GRESHAM SAVAGE
NOLAN & TILDEN,
A PROFESSIONAL CORPORATION
3750 University Ave., Ste. 250
Riverside, CA 92501-3335
(951) 684-2171

M362-004 -- 348686.1

four categories: (1) "bank funds", (2) "fight count", (3) "kill count", and (4) "kills on the hit list". Players use the following eleven distinct command terms to improve rankings:

● Job List. The job list allows players to earn money and experience. This is ordinarily the first command term that players engage in because they need money and experience in order to progress to the next level. Within this command term, players are initially asked to perform tasks such as muggings, burglaries, car thefts, and liquor store robberies. As a player earns more experience, they will be offered different jobs. Each job requires a minimum amount of energy, weapons, or tools. Energy is consumed every time a player completes a task.

● My Stockpile. Players can acquire weapons, vehicles, and gadgets through this command term. Players can use the money they earn from the "Job List" to purchase crowbars, baseball bats, guns and vehicles. Weapons, vehicles and gadgets are necessary in order to complete high level tasks on the "Job List." Furthermore, weapons can be used to attack other mobsters or defend attacks initiated by other mobsters.

● Fight Now. Players can attack and steal from rival mobsters through this command term. By clicking on this command term, players are given a list of players (and the size of their mobs) that can be attacked. If a player is successful in the fight, he robs that player of a portion of their money. If a player is unsuccessful in the fight, he loses health and stamina points. Players are recognized in the "Made Men" command term for winning the most fights.

-5-

COMPLAINT FOR COPYRIGHT INFRINGEMENT, FEDERAL UNFAIR COMPETITION
AND CALIFORNIA UNFAIR COMPETITION

GRESHAM SAVAGE
NOLAN & TILDEN,
A PROFESSIONAL CORPORATION
3750 University Ave., Ste. 250
Riverside, CA 92501-3335
(951) 684-2171

M862-004 – 348686.1

1    • **The Bank**. Players can deposit money they earn from the game
2    into a bank account through this command term. A player must have
3    a minimum of $10,000 to deposit money into the Bank. All money in
4    the bank account is a safe-haven for players because a player that
5    loses a fight or gets killed will not lose any money he has in the bank
6    account.

7    • **The City**. Players can claim control over the city and earn
8    recurring income through this command term. Players can purchase
9    empty lots, city blocks, downtown squares, villas, restaurants, and
10   apartments. Each property costs a different amount of money based
11   on the income generated therefrom.

12   • **The Hospital**. Players can heal their wounds by going to the
13   hospital. As mentioned above, players will lose health and stamina
14   points if they lose a fight or get killed. Players cannot go to the
15   Hospital unless they have a Bank Account.

16   • **My Mob**. Players can earn money for each new player that
17   joins their mob through this command term. These players are
18   acquired by "inviting" other members of the social network to play
19   the game. If the invitation is accepted, that person becomes a mob
20   member. The size of a player's mob directly impacts that player's
21   ability to win fights and defend against attacks.

22   • **The Hit List**. Players can publicly list rival mobsters on the
23   "Hit List." All players (even those that are not in your mob) are
24   encouraged to kill these players for two reasons. First, players are
25   praised for the total number of kills they have on the Hit List in the
26   "Made Men" command term. Second, players can earn money by
27   killing people on the Hit List.

28

- 6 -

COMPLAINT FOR COPYRIGHT INFRINGEMENT, FEDERAL UNFAIR COMPETITION
AND CALIFORNIA UNFAIR COMPETITION

GRESHAM SAVAGE
NOLAN & TILDEN,
A PROFESSIONAL CORPORATION
3750 University Ave., Ste. 250
Riverside, CA 92501-3335
(951) 684-2171

M362-004 – 348686.1

1    • The Godfather. The flow of the game is regulated through the
2    Godfather command term. While playing the game, players will
3    consume energy, need cash, or build mob allies through the social
4    networking platform. This can take considerable time because a
5    player can only earn one energy point every five minutes, can only
6    acquire cash be consuming energy, and can only add mob members by
7    interacting with other players. If a player does not want to wait, they
8    can purchase cash, mob members, or energy with real money through
9    Psycho Monkey.

10   • My Boss. This command term allows players to view their
11   statistics and boost their character traits.

12   • Made Men. This command term praises the best players in the
13   game by identifying players that have: (1) the most money in their
14   Bank Account; (2) won the most fights, (3) killed the most people,
15   and (4) killed the most people on the "Hit List."

16   16.   Mob Wars was first published in February of 2008. Sometime
17   thereafter, You Plus cloned Mob Wars, dubbing its game "Mobsters". Defendants
18   then posted "Mobsters" on www.Myspace.com ("Myspace") and other social
19   networks. This has diverted business from Mob Wars.

20   17.   Exhibit "2" consists of true and correct copies of the following
21   documents: (a) Psycho Monkey's screen shots for "Mob Wars" as of July 2008,
22   and (b) Defendants' infringing material as of July 2008 for "Mobsters", as
23   published on "Myspace". For comparison purposes, each Psycho Monkey screen
24   shot precedes that of the correlating infringing material.
25   / / /
26
27
28

- 7 -

COMPLAINT FOR COPYRIGHT INFRINGEMENT, FEDERAL UNFAIR COMPETITION
AND CALIFORNIA UNFAIR COMPETITION

GRESHAM SAVAGE
NOLAN & TILDEN,
A PROFESSIONAL CORPORATION
3750 University Ave., Ste. 250
Riverside, CA 92501-3335
(951) 684-2171

M862-004 – 348686.1

# V.

## FIRST CAUSE OF ACTION
### (COPYRIGHT INFRINGEMENT [17 U.S.C. §§ 101, et. seq.])
### Against All Defendants

18.     Psycho Monkey refers to and incorporates paragraphs 1 to 17 above as though fully set forth herein.

19.     Defendants deliberately and intentionally copied and cloned virtually all aspects of Mob Wars. Defendants copied Mob Wars' layout and arrangement, visual presentation, sequence and flow, scoring system, and Mob Wars' overall look and feel. Defendants also copied the underlying premise of the game: build a bank account, form a mob, fight and kill rival mob members, and kill people listed on the "hit list".

20.     Defendants Copied the Layout and Arrangement of Main Menu. Mob Wars' Main Menu is creatively structured around eleven distinct command terms – (1) "The Job List"; (2) "The Hit List"; (3) "The City"; (4) "The Bank"; (5) "The Godfather"; (6) "The Hospital"; (7) "Fight Now"; (8) "My Stockpile"; (9) "My Mob"; (10) "My Boss"; and (11) "Made Men". Defendants copied the command terms in manner that is virtually identical to that of Mob Wars.

- *The Job List/Missions* – In order to gain experience in Mob Wars and Mobsters, a player must complete jobs or missions. This command term is labeled "The Job List" in Mob Wars and "Missions" in Mobsters. Both of these screen displays describe each task, the payout for each task, the experience for each task, the energy required for each task, and the weapons required for each task. The following matrix shows the substantial similarity between the two screens displays.

- 8 -

COMPLAINT FOR COPYRIGHT INFRINGEMENT, FEDERAL UNFAIR COMPETITION
AND CALIFORNIA UNFAIR COMPETITION

GRESHAM SAVAGE
NOLAN & TILDEN,
A PROFESSIONAL CORPORATION
3750 University Ave., Ste. 250
Riverside, CA 92501-3335
(951) 684-2171

M862-004 -- 349686.1

| Mob Wars | Mobsters |
|---|---|
| "Mugging"<br>Payout: $200-$300<br>Experience: +1<br>Req'd Energy: 1<br>Req'd Weapons: None | "Mugging"<br>Payout: $200-$300<br>Experience: +1<br>Req'd Energy: 1<br>Req'd Weapons: None |
| "House Burglary"<br>Payout: $800-$1,200<br>Experience: +3<br>Req'd Energy: 3<br>Req'd Weapons: Crowbar | "Residential Burglary"<br>Payout: $800-$1,200<br>Experience: +3<br>Req'd Energy: 3<br>Req'd Weapons: Crowbar |
| "Stoplight Car Theft"<br>Payout: $1,400 - $2,500<br>Experience: + 5<br>Req'd Energy: 5<br>Req'd Weapons: Pistol | "Grand Theft Auto"<br>Payout: $1,400-$2,500<br>Experience: +5<br>Req'd Energy: 5<br>Req'd Weapons: 0.38 Special |
| "Liquor Store Robbery"<br>Payout: $2,800 - $4,600<br>Experience: +8<br>Req'd Energy: 7<br>Req'd Weapons: Pistol &<br>Shotgun | "Convenience Store Robbery"<br>Payout: $2,800-$4,600<br>Experience: +8<br>Req'd Energy: 7<br>Req'd Weapons: 0.38 Special<br>and Pump-Action Shotgun |

- *The City/Your Territory* – In order to build a bank account, players can acquire property that generates rental income. This command term is labeled "The City" in Mob Wars and "Your Territory" in Mobsters. Screens contain the following similarities:

| Mob Wars | Mobsters |
|---|---|
| "Empty Lot"<br>Income: $100<br>Buy/Sell: $5,000 | "Vacant Lot"<br>Income: $100<br>Buy/Sell: $5,000 |
| "City Block"<br>Income: $300<br>Buy/Sell: $50,000 | "Empty Storefront"<br>Income: $300<br>Buy/Sell: $50,000 |

- 9 -

COMPLAINT FOR COPYRIGHT INFRINGEMENT, FEDERAL UNFAIR COMPETITION
AND CALIFORNIA UNFAIR COMPETITION

GRESHAM SAVAGE
NOLAN & TILDEN,
A PROFESSIONAL CORPORATION
3750 University Ave., Ste. 250
Riverside, CA  92501-3335
(951) 684-2171

M862-004 – 348686.1

| "Downtown Square"<br>Income: $2,000<br>Buy/Sell: $1,000,000 | "Plaza"<br>Income: $2,000<br>Buy/Sell: $1,000,000 |
|---|---|

- *The Bank/The Bank* – The "Bank" is a safe-haven for players to store their money. This command term is labeled "The Bank" in both Mob Wars and Mobsters. Although these screen displays are not identical, they convey the same expression in a similar manner. If players get killed in Mob Wars or Mobsters, they lose all money not held in the Bank.

- *The Godfather/The Godfather* – The "Godfather" command term is the monetization process by which players can purchase, through "favor points," cash, mob members, or energy. This command term is labeled "The Godfather" in both Mob Wars and Mobsters. This command term allows players to expedite the game-play so that they can accomplish tasks faster than normal. Players can acquire "favor points" by signing up for certain advertising links or purchasing "favor points" with real money from the web host (Psycho Monkey or You Plus). The following matrix shows the substantial similarity between these two screens displays.

| Mob Wars | Mobsters |
|---|---|
| Offer: The Godfather offers you $5,500 for 10 favor points<br>Action: accept for 10 favor points. | Godfather's Offer: The Godfather offers you $20,000 for 10 favor points<br>Action: accept for 10 points. |
| Offer: The Godfather offers you 1 mob member (hired gun) for 20 favor points.<br>Action: accept for 20 favor | Offer: The Godfather offers you 1 mob member (hired gun) for 20 favor points.<br>Action: accept for 20 points. |

- 10 -

GRESHAM SAVAGE<br>NOLAN & TILDEN,<br>A PROFESSIONAL CORPORATION<br>3750 University Ave., Ste. 250<br>Riverside, CA 92501-3335<br>(951) 684-2171

M862-004 – 348686.1

| | |
|---|---|
| points. | |
| Offer: The Godfather offers you 10 energy (refill) for 10 favor points. Action: accept for 10 favor points. | Offer: The Godfather offers you 10 energy (refill) for 10 favor points. Action: accept for 10 points. |

- *The Hospital/The Hospital* – Players go to the Hospital to increase their health. This heals wounds incurred during fights/battles. This command term is labeled "The Hospital" in both Mob Wars and Mobsters. In both games, a player must use "clean" money in order to go to the Hospital. In order to have clean money, a player must have sufficient funds to open a Bank Account ($10,000.00).

- *My Stockpile/Your Equipment* – Players must have weapons in order to complete jobs or missions. Weapons can be obtained through the "My Stockpile" command term in Mob Wars and the "My Equipment" command term in Mobsters. The screen displays for these command terms are nearly identical as they both provide users with the selection of weapons, the cost of weapons, and the attack/defense value for the weapons. The following matrix shows the substantial similarity between these two screens displays.

| Mob Wars | Mobsters |
|---|---|
| Details: Crowbar/Attack 1/ Defense 0 Buy/Sell: $300 | Details: Crowbar/Attack 1/ Defense 0 Buy/Sell: $300 |
| Details: Baseball Bat/Attack 1/Defense 1 Buy/Sell: $700 | Details: Baseball Bat/Attack 1/Defense 1 Buy/Sell: $700 |

COMPLAINT FOR COPYRIGHT INFRINGEMENT, FEDERAL UNFAIR COMPETITION AND CALIFORNIA UNFAIR COMPETITION

GRESHAM SAVAGE NOLAN & TILDEN, A PROFESSIONAL CORPORATION 3750 University Ave., Ste. 250 Riverside, CA 92501-3335 (951) 686-2171

| Details: Colt 1911/Attack 2/Defense 2 Buy/Sell: $1000 | Details: .38 Special/Attack 2/Defense 2 Buy/Sell: $1000 |
|---|---|
| Details: 44 Magnum/Attack 3/Defense 1 Buy/Sell: $2000 | Details: Beretta 9mm/Attack 3/Defense 1 Buy/Sell: $2000 |
| Details: Pump-Action Shotgun/Attack 2/Defense 4 Buy/Sell: $3000 | Details: Pump-Action Shotgun/Attack 2/Defense 4 Buy/Sell: $3000 |
| Details: Tommy Gun/Attack 3/Defense 3 Buy/Sell: $5,500 | Details: Uzi/Attack 3/Defense 3 Buy/Sell: $5,500 |

- *Fight Now/Fight!* – Players can engage in a fight with another player using various different weapons. This command term is labeled "Fight Now" in Mob Wars and "Fight!" in Mobsters. Both of these screen displays are in blue type-font and list other players that are online, subject to attack, and their mob size. Fighting allows users to gain experience points towards the next level. When a player wins a fight, they steal a portion of losing player's money.

- *My Mob/My Mob Family* – Players can form strategic alliances with other players in the social network. This command term is labeled "My Mob" in Mob Wars and "My Mob Family" in Mobsters. The screen displays for both games allow players to band together, join the mob, and attack other mobs, defend attacks initiated by other mobs, gain money, and acquire experience points. Although the screen display in Mobsters is slightly different from Mob Wars, the underlying expression behind these

- 12 -

COMPLAINT FOR COPYRIGHT INFRINGEMENT, FEDERAL UNFAIR COMPETITION AND CALIFORNIA UNFAIR COMPETITION

GRESHAM SAVAGE
NOLAN & TILDEN,
A PROFESSIONAL CORPORATION
3750 University Ave., Ste. 250
Riverside, CA 92501-3335
(951) 684-2171

M862-004 – 348686.1

command terms and the accompanying screen displays have been
copied by Mobsters.

- *The Hit List/The Hit List* – Players can list other players on the Hit
  List as a retaliatory move. This command term is labeled "The Hit
  List" in Mob Wars and Mobsters. The Hit List is publicly
  announced to all players and encourages any player within the
  game to attack players that are specifically listed on the Hit List.
  Players that have killed the most people on the Hit List are praised
  in the "Made Men" command term. Furthermore, players can steal
  the money from any player they kill on the Hit List.

- *My Boss/My Mobster* – Players can view their own statistics
  through this command term. This command term is labeled "My
  Boss" in Mob Wars and "My Mobster" in Mobster. By clicking on
  this command term, players are directed to a screen display that
  contains a player's attack strength, defenses strength, max energy,
  max health, and stamina. The following matrix shows the
  substantial similarity between these two screens displays.

| Mob Wars | Mobsters |
|---|---|
| Attack Strength: Attack points make your mob more effective when attacking other mobs. | Attack Strength: Increase your attack strength to attack rival mobs more effectively. |
| Defense Strength: Defense points make your mob more effective at defending from hostile mob attacks. | Defense Power: Increase your defense strength to defend against rival mobs more effectively. |
| Max Energy: Increase your energy capacity to complete more jobs and other actions. | Max Energy: Increase your max energy to complete more missions and perform special attacks later in the game. |

- 13 -

COMPLAINT FOR COPYRIGHT INFRINGEMENT, FEDERAL UNFAIR COMPETITION
AND CALIFORNIA UNFAIR COMPETITION

GRESHAM SAVAGE
NOLAN & TILDEN,
A PROFESSIONAL CORPORATION
3750 University Ave., Ste. 250
Riverside, CA 92501-3335
(951) 684-2171

M862-004 – 348686.1

| Max Health: Increase your max health to better survive intense fights. | Max Health: Increase your max health to survive and fight longer during extended battles. |
| Stamina: Increase your stamina to fight more often. | Max Stamina: Increase your stamina to attack, punch, and hit list your opponents more quickly. |

- *Made Men/Made Men* – Both Mob Wars and Mobsters rank players according to the same four categories: Kill count (most kills); Top Fighters (most fights won); Top Bounty Hunters (most kills for people on the Hit List); and Top Tycoons (most money in the bank). Mobsters copied Mob Wars' screen display for this command term, by arranging these categories into four separate quadrants.

| Mob Wars | Mobsters |
| --- | --- |
| Most Deadly – Knock-out Count | Most Deadly – KO Count |
| Top Fighters – Win Count | Legendary Fighters – Win Count |
| Top Bounty Hunters – Head Count | Top Bounty Hunters – Head Count |
| Top Tycoons – Bank Funds | Most Wealthy – Bank Funds |

21.   <u>Defendants Copied the Sequence and Flow of Mob Wars</u>. Players in both games are confined to the same parameters based on time, energy, health, stamina, weapons, experience, and size of players' mob. Players must efficiently use their skill and calculation to complete missions, purchase weapons, acquire property, fight other players, kill other players, and build their own mob. Mob Wars' sequence and flow is copied by making players strategically balance the

- 14 -

GRESHAM SAVAGE
NOLAN & TILDEN,
A PROFESSIONAL CORPORATION
3750 University Ave., Ste. 250
Riverside, CA 92501-3335
(951) 684-2171

COMPLAINT FOR COPYRIGHT INFRINGEMENT, FEDERAL UNFAIR COMPETITION AND CALIFORNIA UNFAIR COMPETITION

M862-004 – 348686.1

1  following two criteria: (1) the ability to complete tasks by gaining experience,
2  money, weapons, and mob members, and (2) the ability to complete these tasks by
3  efficiently managing a player's time, which can only be accomplished by
4  economically regenerating energy, health, and stamina.

5       22.   Defendants Copied Verbatim The Scoring System In Mob Wars.  The
6  scoring system in Mobsters is virtually identical to the scoring system in Mob
7  Wars: (i) the choice of weapons, their functions and prices are virtually identical;
8  (ii) the choice of jobs, the weapons needed to complete the jobs, the energy needed
9  and money received for completing jobs, and the experience points received when
10  completing jobs are virtually identical; (iii) the price of properties, the choice of
11  properties, and the income from owning properties are virtually identical; (iv) the
12  minimum cash needed to open a bank account is identical, (v) the cost to purchase
13  godfather reward points ("favor points") are almost identical, (vi) the requirements
14  for the "hit list" are identical; and (vii) the "upgrade" feature is identical because
15  the values for increase strength, energy, health, and stamina are identical.

16       23.   Defendants Copied Verbatim The Overall Plot, Theme, Mood,
17  Setting, Pace, Characters, and Sequence of Mob Wars.  Mobsters cloned all aspects
18  of Mob Wars by copying the layout and arrangement of Mob Wars, the visual
19  presentation of each screen display within the game, the sequence and flow of the
20  game, the scoring system used by the game, and the overall look and feel of the
21  game.  Furthermore, Mobsters copied the underlying premise behind the Mob
22  Wars, which is to (1) build your bank account; (2) form your own mob by making
23  alliances with other users on the social networking website or by purchasing mob
24  members from Psycho Monkey; (3) fight and kill rival mob members; and (4) kill
25  people on the "hit list."  Therefore, Defendants copied the same plot, theme, mood,
26  setting, pace, characters, and sequence of events as Mob Wars.

27

28

- 15 -

GRESHAM SAVAGE
NOLAN & TILDEN,
A PROFESSIONAL CORPORATION
3750 University Ave., Ste. 250
Riverside, CA  92501-3335
(951) 684-2171

M562-004 -- 348686.1

24.     Defendants copied Mob Wars in a manner that infringes on Psycho Monkey's copyright and unless Defendants are enjoined they will continue do so. At no time did Psycho Monkey authorize Defendants to reproduce, adapt, or distribute Mob Wars.

25.     Each player that is wrongfully diverted to Mobsters constitutes an entire network of social connections and related revenues, as each player's social network on Facebook is part of the player's value as a customer to Psycho Monkey.

26.     As a direct result of Defendants' infringement of Psycho Monkey's rights, Psycho Monkey has sustained, and will continue to sustain, substantial injury, loss, and damages in an amount exceeding $100,000.00 and as proven at trial.

27.     Psycho Monkey is entitled to a permanent injunction restraining Defendants, their officers, directors, agents, employees, representatives and all persons acting in concert with them from engaging in further acts of copyright infringement.

28.     Psycho Monkey is further entitled to recover from Defendants the gains, profits and advantages Defendants have obtained as a result of their acts of copyright infringement.  Psycho Monkey is at present unable to ascertain the full extent of the gains, profits and advantages Defendants have obtained by reason of their acts of copyright infringement, but Psycho Monkey is informed and believes, and on that basis alleges, that Defendants obtained such gains, profits and advantages in an amount exceeding $500,000.00.

/ / /

- 16 -

GRESHAM SAVAGE
NOLAN & TILDEN,
A PROFESSIONAL CORPORATION
3750 University Ave., Ste. 250
Riverside, CA 92501-3335
(951) 684-2171

MB62-004 – 348686.1

# VI.

## SECOND CAUSE OF ACTION

### (UNFAIR COMPEITION/FALSE DESIGNATION OF ORIGIN [15 U.S.C. 1125(a)])

### Against All Defendants

29.   Psycho Monkey refers to and incorporates paragraphs 1 to 28 above as though fully set forth herein.

30.   Psycho Monkey operates Mob Wars, its flagship game, under the mark "Mob Wars". The mark consists of the words in a stylized format.

31.   Psycho Monkey first adopted and began using this mark in or around February of 2008 when it launched Mob Wars on Facebook and the mark is protected under common law.  Psycho Monkey is in the process of obtaining formal trademark registration.

32.   Psycho Monkey has continuously used this mark since that date to identify its Mob Wars game and the mark is intended to identify the game across different social networking platforms.

33.   Mob Wars has over 3 million subscribers.  The internet, however, constitutes a virtual market that spans the globe.  Psycho Monkey has worked to promote this mark as part of its distinctive game site within the social networking community.

34.   The font type/graphic style for "Mobsters" is markedly similar to "Mob Wars".  Defendants have placed the name "Mobsters" in or around the same locations throughout the game as in Mob Wars.

35.   Defendants' violation of Psycho Monkey's common law trademark rights is likely to cause confusion, mistake, or deception among customers in violation of the Lanham Act.

36.   Each player that is wrongfully diverted to Mobsters constitutes an entire network of social connections and related revenues as each player's social

- 17 -

GRESHAM SAVAGE
NOLAN & TILDEN,
A PROFESSIONAL CORPORATION
3750 University Ave., Ste. 250
Riverside, CA 92501-3335
(951) 684-2171

M862-004 – 348686.1

COMPLAINT FOR COPYRIGHT INFRINGEMENT, FEDERAL UNFAIR COMPETITION AND CALIFORNIA UNFAIR COMPETITION

...

1   network on Facebook is part of the player's value as a customer to Psycho
2   Monkey.

3       37.    As a direct result of Defendants' violation of 15 U.S.C. §§ 1125(a) et.
4   seq., ("Lanham Act"), Psycho Monkey has sustained, and will continue to sustain,
5   substantial injury, loss and damages in an amount exceeding $100,000.00 and as
6   proven at trial.

7       38.    Psycho Monkey is entitled to a permanent injunction restraining
8   Defendants, their officers, directors, agents, employees, representatives and all
9   persons acting in concert with them from engaging in the conduct described herein
10  that violates the Lanham Act.

11      39.    Psycho Monkey is further entitled to recover from Defendants the
12  gains, profits, and advantages Defendants have obtained as a result of their
13  violation of the Lanham Act.  Psycho Monkey is at present unable to ascertain the
14  full extent of the gains, profits, and advantages Defendants have obtained by
15  reason of their acts of copyright infringement, but Psycho Monkey is informed and
16  believes, and on that basis alleges, that Defendants obtained such gains, profits,
17  and advantages in an amount exceeding $500,000.00.

18                                    **VII.**

19                          **THIRD CAUSE OF ACTION**
20          **(UNFAIR COMPETITION UNDER CALIFORNIA BUSINESS AND**
                        **PROFESSIONS CODE § 17200)**
21                          **Against All Defendants**

22      40.    Psycho Monkey refers to and incorporates paragraphs 1 to 39 above
23  as though fully set forth herein.

24      41.    The aforesaid acts by Defendants illegally infringe upon Psycho
25  Monkey's intellectual property rights and have wrongfully diverted business away
26  from Psycho Monkey.  Defendants have, and continue to, unfairly compete with
27
28                                   - 18 -

GRESHAM SAVAGE
NOLAN & TILDEN,
A PROFESSIONAL CORPORATION
3750 University Ave., Ste. 250
Riverside, CA 92501-3335
(951) 684-2171

MS62-004 -- 348686.1

COMPLAINT FOR COPYRIGHT INFRINGEMENT, FEDERAL UNFAIR COMPETITION
AND CALIFORNIA UNFAIR COMPETITION

1 Psycho Monkey in violation of California Business and Professions Code §§ 17200
2 et. seq. (California Unfair Competition Law, the "UCL").

3     42.   Defendants' actions as alleged above violate the "unfair" prong of the
4 UCL because: (a) the utility of such actions is outweighed by the gravity of the
5 harm they cause to Psycho Monkey, (b) such actions are immoral, unethical,
6 oppressive, unscrupulous, and substantially injurious to consumers, and (c) such
7 actions constitute incipient violations of state and federal copyright laws.

8     43.   Defendants' actions as alleged above violate the "fraudulent" prong of
9 the UCL because they are likely to mislead and confuse a statistically significant
10 percentage of reasonable consumers.

11     44.   Defendants' actions as alleged above violate the "unlawful" prong of
12 the UCL because those same actions also constitute violations of the state and
13 federal statutes set forth above.

14     45.   Defendants' conduct has injured Psycho Monkey and, unless
15 enjoined, will continue to cause great, immediate, and irreparable injury to Psycho
16 Monkey.

17     46.   Psycho Monkey is without an adequate remedy at law.

18     47.   Psycho Monkey is therefore entitled to injunctive relief and an order
19 for disgorgement of all of Defendants' ill-gotten gains pursuant to California
20 Business and Professions Code § 17203.

21 **PRAYER**

22 **WHEREFORE**, Psycho Monkey prays for judgment against Defendants as
23 follows:

24     1.   For a permanent injunction enjoining Defendants and all persons
25 acting in concert with them from manufacturing, producing, distributing, adapting,
26 displaying, advertising, promoting, offering for sale and/or selling, or performing
27 any materials that are substantially similar to Mob Wars, and to deliver to the
28                  - 19 -

1 Court for destruction or other reasonable disposition all materials and means for
2 producing the same in Defendants' possession or control;

3     2.    For a permanent injunction, enjoining Defendants and all persons
4 acting in concert with them from using the name "Mobsters" in connection with
5 any web-based mafia-style video game on any social networking website or from
6 otherwise using Psycho Monkey's mark, "Mob Wars", or in any way causing the
7 likelihood of confusion, deception, or mistake as to the source, nature, or quality of
8 Defendants' games and to deliver to the Court for destruction or other reasonable
9 disposition all materials bearing the infringing mark in Defendants possession or
10 control;

11     3.    For any and all damages sustained by Psycho Monkey in a sum no
12 less than $100,000.00;

13     4.    For all of Defendants' profits wrongfully derived from the
14 infringement of Psycho Monkey's intellectual property rights in an amount no less
15 than $500,000.00;

16     5.    For reasonable attorney's fees;

17     6.    For costs of suit herein; and

18     7.    For other such relief as the Court deems proper.

20 Dated: February 12, 2009     GRESHAM SAVAGE NOLAN & TILDEN,
A Professional Corporation

22     By:
23     Theodore K. Stream
Jamie Wrage
24     Emma D. Enriquez
Attorneys for Plaintiff, Psycho Monkey, LLC

- 20 -

COMPLAINT FOR COPYRIGHT INFRINGEMENT, FEDERAL UNFAIR COMPETITION
AND CALIFORNIA UNFAIR COMPETITION

GRESHAM SAVAGE
NOLAN & TILDEN,
A PROFESSIONAL CORPORATION
3750 University Ave, Ste. 250
Riverside, CA 92501-3335
(951) 684-2171

M862-004 -- 348686.1

1

## DEMAND FOR JURY TRIAL

2

3    Plaintiff Psycho Monkey hereby demands a jury trial as provided by Rule

4    38(a) of the Federal Rules of Civil Procedure.

5

6    Dated: February 12, 2009          GRESHAM SAVAGE NOLAN & TILDEN,
                                        A Professional Corporation
7

8                                      By:_____
                                          Theodore K. Stream
9                                         Jamie Wrage
                                          Emma D. Enriquez
10                                        Attorneys for Plaintiff, Psycho Monkey, LLC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR COPYRIGHT INFRINGEMENT, FEDERAL UNFAIR COMPETITION
AND CALIFORNIA UNFAIR COMPETITION

GRESHAM SAVAGE
NOLAN & TILDEN,
A PROFESSIONAL CORPORATION
3750 University Ave., Ste. 250
Riverside, CA 92501-3335
(951) 684-2171

MS62-004 ~ 348686.1